EXHIBIT A

**Womble Bond Dickinson (US) LLP**
201 East Washington Street, Suite 1200
Phoenix, AZ 85004

**Todd Feltus (State Bar No. 019076)**
Direct Dial: 602.262.5397
Direct Fax: 602.262.5747
Email: Todd.Feltus@wbd-us.com

**Jon Brinkman (State Bar No. 033969)**
Direct Dial: 602.262.5738
Email: Jon.Brinkman@wbd-us.com

**Jack C. McCarthy (State Bar No. 039581)**
Direct Dial: 602.262.5366
Email: Jack.McCarthy@wbd-us.com

*Attorneys for Star Scientific Limited, Andrew Horvath, and Pamela Horvath*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

James L. Thompson, an individual,

Plaintiff,

v.

Star Scientific Limited, an Australian company; Andrew Horvath, an individual; Pamela Horvath, an individual; Robert James Briggs, an individual aka Robbie Briggs; Zohar Dominic Notter, an individual aka Donald Paul Notter; Todd Alan Derek, an individual; Robert John Scott, an individual aka Bob Scott; Creations Of Light International, a Washington non-profit corporation; Monume LLC, a private limited liability company organized under the laws of the United Arab Emirates; Monume Holdings Limited, a private limited company organized under the laws of England and Wales,

Defendants.

Case No. 2:26-cv-01726-SMB

**DECLARATION OF ANDREW HORVATH**

I, Andrew Horvath, declare as follows:

1. I am over the age of eighteen and am competent to testify to matters in this declaration.

2. I currently live in New South Wales, Australia.

3. I have never lived anywhere in the United States. I have no property, bank accounts, business interest, or other contacts in the United States.

WOMBLE BOND DICKINSON
201 East Washington Street, Suite 1200
Phoenix, AZ 85004

WOMBLE BOND DICKINSON
201 East Washington Street, Suite 1200
Phoenix, AZ 85004

4. The only time I have ever been in Arizona was a single three-day trip in May 2022, two years before any conduct alleged in the complaint. This trip was completely unrelated to any of the transactions or events contained in the Complaint.

5. The trip was completely unrelated to any securities transaction or solicitation.

6. I am the chairman and controlling shareholder of Star Scientific Limited.

7. Star Scientific Limited is incorporated under the Laws of Australia and regulated under the Australian Services and Investments Commission.

8. Star Scientific Limited's headquarters and principal place of business Suite 301, Level 3, 828 Pacific Highway, Gordon NSW 2072, Australia.

9. Star Scientific Limited is not and never has been registered or qualified to do business anywhere in the United States.

10. Star Scientific Limited has no offices, employees, agents, bank accounts, or property anywhere in the United States.

11. Star Scientific Limited has never sold, advertised or solicited the sale of its shares or any other securities in the United States.

12. Requiring me to litigate in Arizona would be very burdensome because of the travel costs, time difference, legal expense, and difficulty to meaningfully participate in the proceedings.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 8TH day of June, 2026.

[signature]

Andrew Horvath