EXHIBIT B

**Womble Bond Dickinson (US) LLP**
201 East Washington Street, Suite 1200
Phoenix, AZ 85004

**Todd Feltus (State Bar No. 019076)**
Direct Dial: 602.262.5397
Direct Fax: 602.262.5747
Email: Todd.Feltus@wbd-us.com

**Jon Brinkman (State Bar No. 033969)**
Direct Dial: 602.262.5738
Email: Jon.Brinkman@wbd-us.com

**Jack C. McCarthy (State Bar No. 039581)**
Direct Dial: 602.262.5366
Email: Jack.McCarthy@wbd-us.com

*Attorneys for Star Scientific Limited, Andrew Horvath, and Pamela Horvath*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| James L. Thompson, an individual,<br>Plaintiff,<br>v.<br>Star Scientific Limited, an Australian company; Andrew Horvath, an individual; Pamela Horvath, an individual; Robert James Briggs, an individual aka Robbie Briggs; Zohar Dominic Notter, an individual aka Donald Paul Notter; Todd Alan Derek, an individual; Robert John Scott, an individual aka Bob Scott; Creations Of Light International, a Washington non-profit corporation; Monume LLC, a private limited liability company organized under the laws of the United Arab Emirates; Monume Holdings Limited, a private limited company organized under the laws of England and Wales,<br>Defendants. | Case No. 2:26-cv-01726-SMB<br><br>**DECLARATION OF PAMEELA HORVATH** |

I, Pamela Horvath, declare as follows:

1. I am over the age of eighteen and am competent to testify to matters in this declaration.

2. I currently live in New South Wales, Australia.

3. I have never lived anywhere in the United States. I have no property, bank accounts, business interest, or other contacts in the United States.

WOMBLE BOND DICKINSON
201 East Washington Street, Suite 1200
Phoenix, AZ 85004

4. I have never been to Arizona.

5. I am the Secretary of Star Scientific Limited.

6. In my role as Secretary of Star Scientific Limited, I am tasked with reviewing certain Know Your Client ("KYC") information upon the sale of Star Scientific Limited's shares.

7. I review the KYC information to ensure Star Scientific Limited's compliance with Australian anti-money laundering and counter-terrorism financing laws.

8. My review consists of verifying identities and other information.

9. My review does not allow me to veto the sale absent signs of money laundering or terrorism financing.

10. There were no signs of money laundering or terrorism financing in the sale to James Thompson.

11. After reviewing the KYC information for any sale of Star Scientific Shares, I include the transfer in a notice provided to board members listing all transfers since the last board meeting.

12. Requiring me to litigate in Arizona would be very burdensome because of the travel costs, time difference, legal expense, and difficulty to meaningfully participate in the proceedings.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 8TH day of June, 2026.

Pamela Horvath



WOMBLE BOND DICKINSON
201 East Washington Street, Suite 1200
Phoenix, AZ 85004