FILED LODGED
RECEIVED COPY
AUG 1 2 2026
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY DEPUTY

Zohar Dominic Notter
c/o Robert Scott
661 S. Stage Road, Medford, OR 97501
541-613-6200 / dominic@matrixoflife.org
Defendant *in propria persona*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

James L. Thompson, an individual,

Plaintiff,

v.

Star Scientific Limited, an Australian company; et al.,

Defendants.

**Case No. CV-26-01726-PHX-SMB**

**DEFENDANT ZOHAR DOMINIC NOTTER'S NOTICE OF WITHDRAWAL OF PROPOSED ORDERS**

Defendant Zohar Dominic Notter ("Notter") withdraws only the following two proposed orders filed July 6, 2026, with Defendant Zohar Dominic Notter's Motion to Dismiss (Doc. 114):

1. [Proposed] Order Granting Defendant Zohar Dominic Notter's Motion to Dismiss Complaint with Prejudice; and

2. [Proposed] Alternative Order for a More Definite Statement Pursuant to Fed. R. Civ. P. 12(e).

This Notice does not withdraw Notter's July 6, 2026, Motion to Dismiss (Doc. 114) or its alternative Rule 12(e) request. Notter respectfully requests that the Court disregard and not enter both withdrawn proposed orders listed above.

Executed this 12th day of August 2026, at Puntarenas Province, Costa Rica.

**RESPECTFULLY SUBMITTED,**

**Zohar Dominic Notter**
Defendant *in propria persona*
541-613-6200 | dominic@matrixoflife.org